UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

GLORIA GEAR,

                             Plaintiff,

-against-

DEPARTMENT OF EDUCATION; ROSALYN ALLMAN-MANNING; LAURIE ADRAGNA; BETTY OXFORD; DORIS MACKEY; MARY HELFICH; FRANK A. NICHOLAS; CONCETTA TRICARICO; ROSIE MALDONADO; CRYSTAL ERRICO; GESI GOODMAN; PATRICIA ROSMARIN; KATY AMATO; AMY DAVIS; DEPARTMENT OF EDUCATION OFFICE OF EQUAL OPPORTUNITY; JOAN THOMPSON.

                             Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

07 CV 11102 (NRB)

**PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the New York City Department of Education and its Office of Equal Opportunity in the above-referenced action. Accordingly, I respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me and that I be noted as Lead Counsel on the Docket Sheet.

Dated:      New York, New York
              June 16, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                         City of New York
                                        Attorney for Defendants
                                        100 Church Street, Room 2-193
                                        New York, N.Y. 10007
                                        (212) 442-3229
                                        dbarrett@law.nyc.gov

-2-

By:     /s/ _Barrett_
       Danielle J. Barrett
       Assistant Corporation Counsel

To:   **GLORIA GEAR**
      Plaintiff *Pro-se*
      5007 Broadway, # 6-C
      Long Island City, New York 11377

07 CV 11102 (NRB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLORIA GEAR,

                                Plaintiff,

-against-

DEPARTMENT OF EDUCATION, et al.,

                                Defendants.

## NOTICE OF APPEARANCE

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-193
New York, New York 10007-2601

Of Counsel:  Danielle J. Barrett
Telephone.: (212) 442-3229
dbarrett@law.nyc.gov

Matter No.: 2008-019330

*Due and timely service is hereby admitted.*

*New York, N.Y.* ............................., *2008.*

*Attorney for*..................................................

*Signed:* ..........................................................

*Print Name:* ..................................................