



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

DANIELLE J. BARRETT
Telephone: (212) 442-3229
Fax: (212) 788-0940
Fax Not For Service of Papers
dbarrett@law.nyc.gov

June 20, 2008

**BY FAX**

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

JUN 20 2008

UNITED STATES DISTRICT JUDGE

Honorable Naomi R. Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: Gear v. The New York City Department of Education, et al.
         Civil Action No.: 07-CV-11102 (NRB)
         Law Dep't File No.: 2008-019330

Dear Judge Buchwald:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants the New York City Department of Education and its Office of Equal Opportunity in the above-referenced action in which plaintiff alleges race discrimination and retaliation, pursuant to 42 U.S.C. §§ 2000e to 2000e-17, N.Y. Exec. Law §§ 290-297, and N.Y. City Admin. Code §§ 8-101 to 131. I write to request that the time for all defendants to respond to the complaint be extended from June 24, 2008 to July 25, 2008. This is defendants' first request for an extension of time. Plaintiff declined to consent to the request, stating that she viewed defense counsel as her "enemy," and wanted to preserve her chances of a favorable outcome in this case.

    The extension of time is needed to permit this office to gather all relevant documents, investigate the allegations made in the complaint and thereafter prepare an appropriate response. The requested extension will also enable this office to determine if the fourteen or so individual defendants are to be offered representation under New York General Municipal Law § 50-k, and if so, to then permit them to decide if they will accept the offer. See Hassan v. Fraccola, 851 F.2d 602 (2d Cir. 1988).

*[Handwritten annotations in margin: "Application Granted. So Ordered. [signature] Buchwald USDJ 6/23/08"]*

**HONORABLE NAOMI R. BUCHWALD**
United States District Court Judge
Gear v. The New York City Department of Education, et al.
07-CV-11102 (NRB)
June 19, 2008
Page 2

        Accordingly, defendants respectfully requests an enlargement of defendants' time to respond to the complaint until July 25, 2008.

        We thank the Court for its consideration of this request.

        Respectfully submitted,

        /s/ Barrett

        Danielle J. Barrett
        Assistant Corporation Counsel

cc:   **GLORIA GEAR**
      Plaintiff *Pro-se*
      5007 Broadway, # 6-C
      Long Island City, New York 11377
      **(By Regular Mail)**