UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

GLORIA GEAR,

                                     Plaintiff,

               -against-

DEPARTMENT OF EDUCATION; ROSALYN
ALLMAN-MANNING; LAURIE ADRAGNA; BETTY
OXFORD; DORIS MACKEY; MARY HELFICH;
FRANK A. NICHOLAS; CONCETTA TRICARICO;
MS. ROSIE MALDONADO; MS. CRYSTAL ERRICO;
GESI GOODMAN; PATRICIA ROSMARIN; KATY
AMATO; MS. AMY DAVIS; DEPARTMENT OF
EDUCATION OFFICE OF EQUAL OPPORTUNITY;
and JOAN THOMPSON

                                Defendants..

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07-CV-11102 (NRB)

         I, **LARRY R. MARTINEZ,** am an Assistant Corporation Counsel in the Office

of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the

New York City Department of Education and its  Office of Equal Opportunity in the above-

referenced action. I shall now appear in this matter for the Defendants along with Assistant

Corporation Counsel Danielle J. Barrett.  All future filings, or other information, related to this

action, can also be directed to me at the below address.

Dated:       New York, New York
               August 18, 2008

                                      Respectfully Submitted,
                                      **MICHAEL A. CARDOZO**
                                      Corporation Counsel of the City of New York
                                      Attorney for the Defendant
                                      100 Church Street, Rm 2-314
                                      New York, New York  10007
                                      (212) 227-3153

                                      By:   **ECF:**_____ /s/_____

Larry R. Martínez
Assistant Corporation Counsel

TO:     **GLORIA GEAR**
Plaintiff *Pro se*
5007 Broadway, #6C
Long Island City, NY 11377

## CERTIFICATE OF SERVICE

**LARRY R. MARTINEZ** hereby certifies that on August 18, 2008, I caused a true and correct copy of the attached Notice of Appearance to be served by regular mail on:

**GLORIA GEAR**
Plaintiff *Pro se*
5007 Broadway, #6-C
Long Island City, NY 11377

that being the address designated by plaintiff for such mailings, by placing a copy of the foregoing in a pre-addressed, stamped envelope, and placing that envelope in a depository under the exclusive care and control of the United States Postal Service.

Dated:        August18, 2008
              New York, New York

LARRY R. MARTINEZ

07 cv 11102

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLORIA GEAR

Plaintiff,

-against-

THE NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

Defendant.

## NOTICE OF APPEARANCE

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendant
100 Church Street
New York, New York 10007-2601

Of Counsel:    Larry R. Martinez
Tel No.:        (212) 227-3153

*Service of which is hereby acknowledged.*

*New York, New York*    Dated: ........................

Signed: ........................

Attorney for: ........................